FILED

SEP 13 AM 9:35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *ex. rel.* [UNDER SEAL], ) | |
| ) | |
| Plaintiffs, ) | **FILED UNDER SEAL** |
| ) | |
| v. ) | Civil No. 3:16-CV-576-J-39-PDB |
| ) | |
| [UNDER SEAL], ) | |
| ) | |
| Defendants. ) | |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

S-32

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,          No. 3:16-CV-576-J-39-PDB

*ex rel.*

ARI LAWRENCE,                EX PARTE
                                                      UNDER SEAL
                                                      [31 U.S.C. § 3730(b)(2)]
              Relator,

v.

HUNTINGTON INGALLS INDUSTRIES, INC.,
HUNTINGTON INGALLS INCORPORATED, and
NORTHROP GRUMMAN CORPORATION,

              Defendants.
_____/

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: September 18, 2019

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida

SHEA MATTHEW GIBBONS
Assistant United States Attorney
USA No. 0000172
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No. (904) 301-6258/6300
Facsimile No. (904) 301-6310
Email: Shea.Gibbons@usdoj.gov