FILED

United States District Court
Middle District of Florida
Jacksonville Division

2019 SEP 26 PM 3: 40

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**EX REL. ARI LAWRENCE,**

*Relator,*                     No. 3:16-cv-576-J-39PDB

v.

**HUNTINGTON INGALLS INDUSTRIES, INC., ETC.,**

*Defendants.*

---

# Order

Through a notice filed under seal on September 18, 2019, the United States explains it declines to intervene. *See* 31 U.S.C. § 3730(b)(4)(B). The United States asks the Court to obtain its consent before disposing of the case, *see* 31 U.S.C. § 3730(b)(1), requests service of all future orders and pleadings (the Court presumes the United States means "filings" and not just "pleadings"), *see* 31 U.S.C. § 3730(c)(3), and asks the Court to unseal the complaint, the notice, and this order but maintain all other filings under seal "because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended." Doc. S-32 at 2.

Applying 31 U.S.C. § 3730, the Court:

1. **directs** the Clerk of Court to:

    (a) unseal the complaint, Doc. S-1, for the relator's service on the defendants;

    (b) unseal the notice and the proposed order filed with it, Doc. S-32;

    (c) place this order and all future filings on the public docket unless otherwise ordered;

    (d) maintain all other previous filings under seal until further Court order; and

    (e) add Shea Gibbons, Assistant United States Attorney, as counsel for the United States, to the list of counsel who will automatically receive CM/ECF notification of all electronic filings in this case;

2. **directs** the parties to:

    (a) ensure service of all filings on the United States; and

    (b) upon the United States' request and at its expense, provide the United States any deposition transcripts; and

3. **directs** the United States to provide by **October 31, 2019**, its position on whether these documents should remain under seal and, if so, the reasons why they should remain under seal: S-2, S-3, S-4, S-5, S-6, S-7, S-8, S-9, S-11, S-12, S-14, S-15, S-17, S-19, S-20, S-22, S-23, S-25, S-26, S-28, S-29, and S-31.

The Court will obtain the United States Attorney General's consent before disposing of the case.

**Ordered** in Jacksonville, Florida, on September 26, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:     Shea Gibbons, Assistant United States Attorney
United States Attorney's Office
300 North Hogan Street, Suite 700
Jacksonville, FL 32202

John Vento Esquire
101 E. Kennedy Blvd, Suite 2700
Tampa, Florida 33602

Kenneth Yoffy, Esquire
4805 Courthouse Street
Williamsburg, Virginia 23188