United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA
EX REL. ARI LAWRENCE,

    *Plaintiff,*

v.                                                    NO. 3:16-cv-576-J-39PDB

HUNTINGTON INGALLS INDUSTRIES, INC. ETC.,

    *Defendants.*

---

## Order Granting Special Admission

Ari Lawrence has filed motions under Local Rule 2.02 asking the Court to allow Bradford Muller, Esquire, and Robert Magnanini,, Esquire, to specially appear to represent him in this case, with John Vento, Esquire, serving as local counsel. Docs. 36, 37. Based on the information with the requests and payments of the required fee, the Court **grants** the motions, Docs. 36, 37, permits Messrs. Muller and Magnanini to specially appear to represent Mr. Lawrence in this case, with Mr. Vento serving as local counsel; and directs them to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form.

**Ordered** in Jacksonville, Florida, on October 29, 2019.

                                                   PATRICIA D. BARKSDALE
                                                   *United States Magistrate Judge*

c:      Counsel of Record