IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,          No. 3:16-CV-576-J-39-PDB

*ex rel.*

ARI LAWRENCE,

                Relator,

v.

HUNTINGTON INGALLS INDUSTRIES, INC.,
et al.,

                Defendants.
_____/

## **THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**

On February 11, 2020, Relator filed a Notice of Voluntary Dismissal Without Prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

Dated: February 11, 2020

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney
Middle District of Florida


*/s/ Shea M. Gibbons*_____
SHEA MATTHEW GIBBONS
Assistant United States Attorney
USA No. 0000172
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No. (904) 301-6258/6300
Facsimile No. (904) 301-6310
Email: Shea.Gibbons@usdoj.gov